UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CHAE SUN LEE, et al.,,<br><br>    Defendants. | No.  2:17-cv-02305-WBS-CKD |

A judgment debtor exam was set to take place before the undersigned on October 12, 2022. (See ECF Nos. 30, 31.) Plaintiff has requested a continuance to January 11, 2023. (ECF No. 32.) Upon considering the request, IT IS HEREBY ORDERED that:

   1. Plaintiff's request for a continuance (ECF No. 32) is granted and the judgment debtor examination of Chae Sun Lee is continued to January 11, 2023, at 10:00 a.m. in Courtroom 24, 501 "I" Street, Sacramento, CA 95814.

   2. On or before January 3, 2023, plaintiff shall file a notice indicating whether plaintiff has effected service on the judgment debtor for the January 11, 2023 hearing; if notice of service

/////

/////

/////

/////

1

is not received, then the court will construe the omission as withdrawal of the motion to enforce judgment, and vacate the hearing accordingly.

Dated: October 7, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.johnson.17cv2305.cont