UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>CHAE SUN LEE, et al.,,<br><br>  Defendants. | No. 2:17-cv-02305-WBS-CKD |

A judgment debtor exam was set to take place before the undersigned on January 11, 2023. Plaintiff has requested a continuance to April 12, 2023. (ECF No. 35.) Upon considering the request, IT IS HEREBY ORDERED that:

1. Plaintiff's request for a continuance (ECF No. 35) is granted and the judgment debtor examination of Chae Sun Lee is continued to April 12, 2023, at 10:00 a.m. in Courtroom 24, 501 "I" Street, Sacramento, CA 95814.

2. On or before April 4, 2022, plaintiff shall file a notice indicating whether plaintiff has effected service on the judgment debtor for the April 12, 2023 hearing; if notice of service is not

/////
/////
/////
/////

1

received, then the court will construe the omission as withdrawal of the motion to enforce judgment, and vacate the hearing accordingly.

Dated: January 3, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.johnson.17cv2305.cont2