UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,** ) | Case: 2:17-cv-02305-WBS-CKD |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER ON REQUEST TO VACATE DEBTOR EXAM |
| v. ) | |
| **Chae Sun Lee, et al**. ) | |
| Defendants. ) | |

**ORDER**

Having read the foregoing Request and good cause appearing therefore, it is hereby ordered that the Judgment Debtor Exam for Chae Sun Lee scheduled for April 12, 2023, is vacated.

Dated: February 27, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.john2305.vac.jde

Order to Vacate Judgment Debtor Exam